JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ELYSE W. GRANT, CASB No. 271635
elyse.grant@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

ROBERT P. HENK, CASB No. 147490
SHERI L. LEONARD, CASB No. 173544
henkleonard@aol.com
HENKLEONARD
A Professional Law Corporation
2260 Douglas Boulevard, Suite 200
Roseville, California 95661
Telephone: (916) 787-4544
Facsimile: (916) 787-4530

Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRAVOS; MARY BRAVOS, | Case No. 2:11-CV-00123-FCD-EFB |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| UBS FINANCIAL SERVICES, INC.; and DOES 1-50, | |
| Defendant. | |

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiffs JAMES BRAVOS and MARY BRAVOS ("Plaintiffs") and Defendant UBS FINANCIAL SERVICES, INC. ("Defendant") hereby stipulate and request that Defendant receive an

extension of time to and until March 17, 2011, to file and serve a response to Plaintiffs' Complaint, filed on or about January 13, 2011.

DATED:  February 23, 2011

/s/ JULIE L. TAYLOR
_____
JULIE L. TAYLOR
ELYSE W. GRANT
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

DATED:  February 23, 2011

/s/ ROBERT P. HENK
(as authorized on  2/23/11)
_____
ROBERT P. HENK
SHERI L. LEONARD
HENKLEONARD
Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

**IT IS SO ORDERED**.

DATED:  February 23, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE