1   JULIE L. TAYLOR, CASB No. 154341
    julie.taylor@kyl.com
2   ELYSE W. GRANT, CASB No. 271635
    elyse.grant@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   450 Pacific Avenue
    San Francisco, California  94133
5   Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
6
    Attorneys for Defendant
7   UBS FINANCIAL SERVICES, INC.

8   ROBERT P. HENK, CASB No. 147490
    SHERI L. LEONARD, CASB No. 173544
9   henkleonard@aol.com
    HENKLEONARD
10  A Professional Law Corporation
    2260 Douglas Boulevard, Suite 200
11  Roseville, California 95661
    Telephone:   (916) 787-4544
12  Facsimile:   (916) 787-4530

13  Attorneys for Plaintiffs
    JAMES BRAVOS and MARY BRAVOS
14

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18  JAMES BRAVOS; MARY BRAVOS,        )  Case No. 2:11-CV-00123-FCD-EFB
                                      )
19                      Plaintiffs,   )  **STIPULATION AND ORDER**
                                      )  **EXTENDING TIME TO RESPOND TO**
20          vs.                       )  **COMPLAINT**
                                      )
21  UBS FINANCIAL SERVICES, INC.; and )
    DOES 1-50,                        )
22                                    )
                        Defendant.    )
23  _____ )

24

25  **TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

26          WHEREAS, pursuant to Local Rules 143 and 144, Plaintiffs JAMES

27  BRAVOS and MARY BRAVOS ("Plaintiffs") and Defendant UBS FINANCIAL

28  SERVICES, INC. ("Defendant") hereby stipulate and request that Defendant receive an

                              - 1 -

extension of time to and until March 24, 2011, twenty-eight days after the original due date of Defendant's response, to file and serve a response to Plaintiffs' Complaint, which was filed on or about January 13, 2011.  The Parties previously stipulated to an extension of time to and until March 17, 2011, for Defendant to file and serve a response to Plaintiffs' Complaint.  The Parties have been engaged in early settlement discussions and would like an additional week to continue those discussions.  Local Rule 144 authorizes the parties to stipulate to an extension of up to twenty-eight days for a defendant to respond to a Complaint.

DATED:  March 14, 2011

/s/ JULIE L. TAYLOR
_____
JULIE L. TAYLOR
ELYSE W. GRANT
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

DATED:  March 14, 2011

/s/ ROBERT P. HENK
(as authorized on 3/14/11)
_____
ROBERT P. HENK
SHERI L. LEONARD
HENKLEONARD
Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

Good cause appearing, IT IS SO ORDERED.

DATED:  March 15, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT -
Case No. 2:11-CV-00123-FCD-EFB