JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ELYSE W. GRANT, CASB No. 271635
elyse.grant@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

ROBERT P. HENK, CASB No. 147490
SHERI L. LEONARD, CASB No. 173544
henkleonard@aol.com
HENKLEONARD
A Professional Law Corporation
2260 Douglas Boulevard, Suite 200
Roseville, California 95661
Telephone:   (916) 787-4544
Facsimile:    (916) 787-4530

Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES BRAVOS; MARY BRAVOS,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 2:11-CV-00123-FCD-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
|---|---|

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiffs JAMES BRAVOS and MARY BRAVOS ("Plaintiffs") and Defendant UBS FINANCIAL SERVICES, INC. ("Defendant") hereby stipulate and request that Defendant receive an extension of time to and until April 25, 2011, to file and serve a response to Plaintiffs' Complaint, which was filed on or about January 13, 2011.

- 1 -
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT -
Case No. 2:11-CV-00123-FCD-EFB

Defendant's Response is currently due on March 24, 2011.  The Parties previously stipulated to two extensions of time for Defendant to file its Response to Plaintiffs' Complaint.  The prior extensions totaled twenty-eight (28) days, pursuant to the Local Rule 144(a), which allows the Parties to stipulate to extend time to respond to a complaint for up to twenty-eight (28) days.

The Parties have been and continue to be engaged in settlement discussions.  In order to continue these discussions, Defendant requests an additional thirty (30) days to file its Response to Plaintiffs' Complaint, up to and including April 25, 2011.

DATED:  March 23, 2011

/s/ JULIE L. TAYLOR
_____
JULIE L. TAYLOR
ELYSE W. GRANT
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

DATED:  March 23, 2011

/s/ ROBERT P. HENK
(as authorized on 3/23/11)
_____
ROBERT P. HENK
SHERI L. LEONARD
HENKLEONARD
Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

IT IS SO ORDERED.

DATED:  March 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE