JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ELYSE W. GRANT, CASB No. 271635
elyse.grant@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.


ROBERT P. HENK, CASB No. 147490
SHERI L. LEONARD, CASB No. 173544
henkleonard@aol.com
HENK LEONARD
A Professional Law Corporation
2260 Douglas Boulevard, Suite 200
Roseville, California 95661
Telephone:   (916) 787-4544
Facsimile:    (916) 787-4530

Attorneys for Plaintiffs
JAMES BRAVOS and MARY BRAVOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRAVOS; MARY BRAVOS, | Case No. 2:11-CV-00123-FCD-EFB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |
| UBS FINANCIAL SERVICES, INC.; and DOES 1-50, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

| | | |
|---|---|---|
| 1 | DATED: May 10, 2011 | KEESAL, YOUNG & LOGAN |
| 2 | | |
| 3 | | /s/JULIE L. TAYLOR(as auth. on 5/10/11) |
| 4 | | JULIE L. TAYLOR<br>ELYSE W. GRANT |
| 5 | | Attorneys for Defendant<br>UBS FINANCIAL SERVICES, INC. |

8  DATED: May 10, 2011                HENK LEONARD
                                      A Professional Law Corporation

10                                    /s/SHERI L. LEONARD

11                                    ROBERT P. HENK
                                      SHERI L. LEONARD
12                                    Attorneys for Plaintiffs
                                      JAMES BRAVOS and MARY BRAVOS

15 IT IS SO ORDERED.

18 DATED: May 10th, 2011              _____
                                      FRANK C. DAMRELL, JR.
19                                    UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL